JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

TROY Y.,

                    Plaintiff,

          v.

FRANK BISIGNANO,
Commissioner of Social Security,

                    Defendant.

Case No. 2:25-cv-1726-SK

**JUDGMENT**

**IT IS ADJUDGED** that the decision of the Commissioner of the Social Security Administration is REVERSED and REMANDED for further proceedings.

Date: <u>March 31, 2026</u>

_____
STEVE KIM
United States Magistrate Judge